# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

Ronnie W. Watkins, et al.

v.   Case Number: 2:18−cv−00028

Union Pacific Railroad Company

## NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Hayden Head

**PLACE:**

United States District Court
1133 N. Shoreline Blvd.
Corpus Christi, TX

**DATE:** 4/11/2018

**TIME:** 02:40 PM

**TYPE OF PROCEEDING:** Initial Conference

Date:   March 21, 2018

David J. Bradley, Clerk