IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| RONNIE W. WATKINS AND<br>TERESA H. WATKINS,<br><br>　　PLAINTIFFS,<br><br>V.<br><br>UNION PACIFIC<br>RAILROAD COMPANY,<br><br>　　DEFENDANT. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO: 2-18-CV-00028 |

**AGREED MOTION FOR EXTENSION OF TIME TO DESIGNATE EXPERTS**

Plaintiffs Ronnie W. Watkins and Teresa H. Watkins ("Plaintiffs") and Defendant Union Pacific Railroad Company ("Union Pacific") file this Agreed Motion for Extension of Time to Designate Experts, and in support thereof, respectfully show the Court the following:

**I.   The parties jointly request that the Court continue the expert designation deadlines in this matter.**

1.   The deadline for Plaintiffs to designate their experts is Friday, September 14, 2018. Union Pacific's deadline is November 14, 2018.

2.   The parties jointly request that the Court extend these expert designation deadlines by one month each. Specifically, the parties request that Plaintiffs' expert designation deadline be extended to October 19, 2018, and that Union Pacific's expert designation deadline be extended to December 21, 2018.

3.   This request will not affect any other dates in the Court's scheduling order.

4.   The purpose of this extension is not for delay, but so that justice may be done.

## II.     Conclusion

For the foregoing reasons, Plaintiffs and Union Pacific respectfully pray that the Court extend the expert designation deadlines as set forth herein.

Respectfully submitted,

**DENTONS US LLP**

By: */s/ Glenn A. Ballard, Jr.*
    Glenn A. Ballard, Jr.
    Federal Bar No.: 825
    State Bar No.: 01650200
    Mukul S. Kelkar
    Federal Bar No.: 1503770
    State Bar No.: 24063682
    glenn.ballard@dentons.com
    mukul.kelkar@dentons.com
1221 McKinney Street, Suite 1900
Houston, Texas  77010-2006
Telephone: (713) 658-4600
Facsimile:  (713) 739-0834
**Attorneys for Ronnie W. Watkins and Teresa H. Watkins**

and

**CLINE WILLIAMS WRIGHT JOHNSON & OLDFATHER, L.L.P.**

By: */s/ Austin L. McKillip*
    Austin L. McKillip
    Federal ID No. 3163127
    Nebraska Bar No. 23212
    Jordan R. Hasan
    Federal ID No. 2162760
    Nebraska Bar No. 25468
233 S. 13th Street
1900 US Bank Building
Lincoln, NE 68508-2095
Telephone: (402) 474-6900
Fax: (402) 474-5393
amckillip@clinewilliams.com
jhasan@clinewilliams.com
-and-

**Baker • Wotring LLP**
David George
dgeorge@bakerwotring.com
700 JPMorgan Chase Tower
600 Travis Street
Houston, Texas 77002
Telephone: (713) 980-1700
Facsimile: (713) 980-1701
**Attorneys For Defendant
Union Pacific Railroad Company**

## Certificate of Service

I certify that a true and correct copy of the foregoing motion was served on all parties of record via e-mail on September 13, 2018.

    */s/ Mukul S. Kelkar*
Mukul S. Kelkar

*Via E-Mail and E-File*

**Baker Wotring LLP**
David George (dgeorge@bakerwotring.com)
700 JP Morgan Chase Tower
600 Travis Street
Houston, Texas 77002

and

**Cline Williams Wright Johnson & Oldfather, LLP**
Austin L. McKillip (amckillip@clinewilliams.com)
Jordan R. Hasan (jhasan@clinewilliams.com)
233 South 13th Street
1900 US Bank Building
Lincoln, Nebraska 68508

109036711\V-1