UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| RONNIE W. WATKINS, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 2:18-CV-028 |
| | § | |
| UNION PACIFIC RAILROAD COMPANY, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

Pursuant to the parties' Agreed Stipulation of Dismissal (D.E. 26), the Court enters final judgment dismissing this action.

ORDERED this 23rd day of October, 2018.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE